UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES PRITCHETT,

    Plaintiff,                                     Case No. 08-12276

v.                                                   Hon. John Corbett O'Meara

ERMA SPANE,

    Defendant,

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Before the court is a self-styled pro se complaint in which Plaintiff Charles Pritchett alleges a child custody dispute against Defendant Erma Spane. The parties are diverse. However, it is rare that the court involves itself in child custody matters. They are better handled by state authorities. Further, Pritchett fails to allege that there is an amount of over $75,000 in controversy.[1] See 28 U.S.C. § 1332. For these reasons, Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

                                                                 S/John Corbett O'Meara
                                                                  United States District Judge

Dated: June 4, 2008

---

[1] Although Pritchett states he is owed money by an ex-supervisor at Jernberg Forgings Company in Chicago. However, neither the supervisor nor the company are named defendants in this suit. Also the amount in controversy is indeterminate.

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 4, 2008, by electronic and/or ordinary mail.


                                                                        s/William Barkholz
                                                                         Case Manager